UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-01464-RGK-MRW | Date | December 26, 2019 |
|---|---|---|---|
| Title | United African-Asian Abilities Club et al v. TRIANGLE-SV, LLC et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER

On September 11, 2019, plaintiff was ordered to file a motion for default judgment on or before October 11, 2019 [15]. As of this date, the Court's order has not been complied with. Plaintiff is ordered to show cause in writing, on or before January 6, 2020, why this action should not be dismissed.

**IT IS SO ORDERED.**

: 

Initials of Preparer  slw