JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., | Case No. 2:19-CV-01464-RGK-MRW |
|---|---|
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| TRIANGLE-SV, LLC, et al., | |
| Defendant(s). | |

On December 26, 2019, the Court issued an Order to Show Cause [16], which directed plaintiff to show cause regarding the failure to file a motion for default judgment as ordered by the Court on September 11, 2019. Plaintiff's response to the Order to Show Cause was due by January 6, 2020. As of this date, no response has been filed to the Order to Show Cause, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: JAN 1 0 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE